DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GLENN B. WRIGHT, JR.,**
Appellant,

v.

**FIDELITY NATIONAL TITLE INSURANCE COMPANY,** et al.,
Appellees.

No. 4D21-2719

[December 15, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David Haimes, Judge; L.T. Case No. CACE1023968.

Bart A. Houston of Houston Firm, P.A., Fort Lauderdale, for appellant.

Serena Kay Tibbitt of Fidelity National Law Group, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***